UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. CR-11-101-FVS-4 |
|---|---|
| Plaintiff, | |
| v. | ORDER RE DEPARTURE MOTION |
| MELISSA A. SMITH, | |
| Defendant. | |

**THE DEFENDANT** having come before the Court for sentencing on March 8, 2012; Now, therefore

**IT IS HEREBY ORDERED:**

The defendant's "Motion for Downward Departure from the Guidelines" (**ECF No. 205**) is granted to the extent indicated by the Court at sentencing.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___13th___ day of March, 2012.

s/ Fred Van Sickle<br>
Fred Van Sickle<br>
Senior United States District Judge

ORDER - 1