PS 8
(12/04)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 30 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

| | | | |
|---|---|---|---|
| U.S.A. vs. | Melissa A. Smith | Docket No. | 2:11CR00101-004 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Melissa A. Smith, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, WA, on the 28th day of July 2011, under the following conditions:

**Condition #3:** Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant failed to surrender to the U.S. Marshals Service to commence her sentence in the instant Federal matter on May 25, 2012.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/30/2012

by   s/Erik Carlson

Erik Carlson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

5/30/12
Date